IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAVANT SYSTEMS, LLC,** | : | **CIVIL ACTION** |
| **Plaintiff/Counterclaim-Defendant,** | : | |
| | : | |
| v. | : | No.: 12-MC-51 |
| | : | |
| **CRESTRON ELECTRONICS, INC.,** | : | |
| **Defendant/Counterclaim-Plaintiff.** | : | |

# ORDER

**AND NOW**, this  22ND  day of March, 2012, upon consideration of the Motion of Defendant Crestron Electronics, Inc. to Quash Plaintiff Savant Systems, LLC's Subpoena to Lutron Electronics Co., Inc. (Doc. No. 1), Plaintiff Savant Systems, LLC's Memorandum in Opposition to Defendant Crestron Electronics, Inc.'s Motion to Quash Plaintiff's Subpoena to Third Party Lutron Electronics Co., Inc. (Doc. No. 7), Defendant Crestron Electronics, Inc.'s [Proposed] Reply to the Opposition of Plaintiff Savant Systems, LLC to the Motion to Quash Plaintiff's Subpoena to Lutron Electronics Co., Inc. (Doc. No. 8), and Plaintiff Savant Systems, LLC's [Proposed] Sur-Reply in Regard to Crestron Electronics, Inc.'s Motion to Quash Plaintiff's Subpoena to Lutron Electronics Co., Inc. (Doc. No. 13), it is hereby **ORDERED** that the motion is **GRANTED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:


  /s/ Lynne A. Sitarski  
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE